IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KERRY VALENTIC,          Civil Action

    Plaintiff,               No. 10-677

v.                          Judge Lancaster

US STEEL, CORPORATION,

    Defendant.           JURY TRIAL DEMANDED

### **STIPULATION FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

                                                 Respectfully submitted,

/S/ M. Cristina Sharp                /S/ John E. Black, III
M. Cristina Sharp                    Samuel J. Cordes
Pa.I.D. No.                             John E. Black, III

United States Steel Corporation      Pa.I.D. No. 54874 (Cordes)
600 Grant Street, Room 1500        Pa.I.D. No. 83727 (Black)
Pittsburgh, PA 15219
(412) 433-2864                       Samuel J. Cordes & Associates
                                             245 Fort Pitt Boulevard
Attorney for Defendant                Pittsburgh, PA 15222
                                             (412) 471-8500

                                             Attorneys for Plaintiff

SO ORDERED, this 31st day of January, 2011.

_____, C.J.